20954. HOUSTON v. ST. LOUIS NATIONAL BANK.

JENKINS, P. J. The only assignment of error in this case is upon the order overruling the defendant's motion for a new trial, which is based upon the general grounds only. There was positive testimony on behalf of the plaintiff, by the person to whom the defendant contended he had made the disputed payment upon the note sued on, that no such payment was made. Consequently, the finding of the jury in favor of the plaintiff on this issue was authorized; and since the verdict has the approval of the trial judge, and on the hearing of the motion for a new trial the plaintiff wrote off any excess in the verdict on account of the miscalculation of interest, the verdict in favor of the plaintiff can not be here set aside. *Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED MAY 15, 1931.

*W. I. Geer,* for plaintiff in error. *N. L. Stapleton,* contra.

20961. BREWER v. McMICKLE.

JENKINS, P. J. In this action for damages for the shooting and killing by the defendant of two brood sows of the plaintiff, although there was no direct evidence upon the trial to implicate the defendant in the killing of the hogs, yet, upon a consideration of all the circumstances as disclosed by the evidence, including evidence of certain admissions by the defendant, which he did not attempt to explain but denied making, it can not be said absolutely and as a matter of law that the verdict found for the plaintiff and against the defendant for the proved value of the property was without any evidence to support it; and, no error of law being complained of, the judgment of the trial court refusing a new trial can not be disturbed by this court.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED MAY 15, 1931.

*T. B. Rainey, Zach. Childers,* for plaintiff in error.
*R. L. LeSueur, J. A. Hixon,* contra.